PROB 12b

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Nass　　　　　　　　　　　　　　　　Cr.: 2:04 CR 668
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 37793

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 2/17/05

Original Offense: Possession of Child Pornography

Original Sentence: 120 months BOP, 3 yrs Supervised Release

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 8/18/12

### PETITIONING THE COURT

[ ] To extend the term of supervision for　　Years, for a total term of　　Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

POLYGRAPH EXAMINATION

You shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the Probation Officer, to assist in treatment, planning, and case monitoring. You will be required to contribute to the costs of services rendered in an amount to be determined by the Probation Officer, based on ability to pay or availability of third-party payment.

### CAUSE

Based on the offense conduct as well as his previous conviction, Nass needs a high level of supervision and the polygraph is an additional tool to adequately supervise him.

Respectfully submitted,

By: Nancy Hiebner
Senior U.S. Probation Officer
Date: 11/19/12

### THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/26/12
Date